UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALICE BIEDRON,

    Plaintiff,

Case No. 17-11129

v.

Honorable John Corbett O'Meara

ENDPOINT RESOLUTION SERVICES, L.L.C.,

    Defendant.
_____/

## ORDER OF PARTIAL DISMISSAL

Plaintiff Alice Biedron recently filed an amended, three-count complaint in this court alleging violations of the following statutes: Count I, the Fair Debt Collection Practices Act; Count II, Michigan's Occupational Code; and Count III, Michigan's Collection Practices Act.

Although Count I, arising under federal law, is cognizable in this court pursuant to 28 U.S.C. § 1331, the allegations presented in Counts II and III are based solely on state law. The parties to this action may be from different states; however, the jurisdictional amount is not met. Therefore, this court declines to exercise supplemental jurisdiction over Plaintiff's state law claims to avoid jury confusion.

See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 282 U.S. 715 (1966); Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994).

**ORDER**

It is hereby **ORDERED** that Counts II and III are **DISMISSED**.

                                      s/John Corbett O'Meara
                                      United States District Judge

Date: June 2, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, June 2, 2017, using the ECF system.

                                      s/William Barkholz
                                      Case Manager