UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALICE BIEDRON,

    Plaintiff,                                            Case No. 5:17-cv-11129-JCO-APP
-vs.-                                                                              Hon. John Corbett O'Meara

Endpoint Resolution Service,
LLC, et al
_____

## **DEFAULT JUDGMENT**

The Court, having read and considered Plaintiff's Motion for Default Judgment, and a hearing having been held on February 14, 2018; **IT IS HEREBY ORDERED** that Default Judgment is entered against Defendant, Endpoint Resolution Service, LLC, in the amount of Four Thousand, Eight Hundred Dollars ($4,800.00).

Date: February 14, 2018                               s/John Corbett O'Meara
                                                                        United States District Judge